# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 113 WAL 2024

       Respondent                 :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                     :

FREDERICK PRYOR,             :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.